**57 HERKIMER STREET CORPORA-
TION and Bessie Brouse Nelson,
Petitioners,**

v.

**COMMISSIONER OF INTERNAL REV-
ENUE, Respondent.**

No. 19687.

United States Court of Appeals
Fifth Circuit.
April 29, 1963.
Rehearing Denied June 26, 1963.

Paul Arnold, Richard Z. Steinhaus,
Boris Kostelanetz, New York City, for
petitioners.

Louis F. Oberdorfer, Asst. Atty. Gen.,
Lee A. Jackson, Atty., Dept. of Justice,
Crane C. Hauser, Chief Counsel, I. R. S.,
Rollin H. Transue, Atty., I. R. S., Martin
B. Cowan, I. Henry Kutz, Attys., Dept.
of Justice, Washington, D. C., for re-
spondent.

Before PHILLIPS,* CAMERON and
WISDOM, Circuit Judges.

PER CURIAM.

This income tax deficiency case turns,
for the most part, on credibility choices.
A study of the record and the findings

and opinion of the Tax Court [1] leads us
to the conclusion that there is substan-
tial evidence to support the Tax Court's
findings and we agree with its conclu-
sions. We find no merit in petitioners'
argument that they were deprived of a
fair trial by the cumulative effect of al-
leged erroneous rulings, chiefly respect-
ing the admission and exclusion of evi-
dence by the trial court. The judgment
of the Tax Court is

Affirmed.

* Of the Tenth Circuit, sitting by designa-
tion.

